IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS X. DEVINE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | | |
| HEALTH CARE PROVIDER DEPARTMENT | | |
| OF CORRECTIONS, et al | | |
| Defendant. | : | NO. 02-cv-3674 |

**O R D E R**

AND NOW, this _____ day of July, 2002, pursuant to the request of the Plaintiff, this case is hereby transferred to the Western District of Pennsylvania.

---

Legrome D. Davis, Judge

civil-o.frm (9/97)